Case 2:07-cv-02486-JFW-AGR   Document 58   Filed 08/25/08   Page 1 of 2   Page ID #:469



FILED
CLERK, U.S DISTRICT COURT

AUG 2 5 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| THOMAS A. ROMEO, <br><br>　　　　Plaintiff, <br><br>v. <br><br>JOHN MARSHALL, et al., <br><br>　　　　Defendants. | No. CV 07-2486-JFW (AGR) <br><br> ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the Complaint, the Magistrate Judge's Report and Recommendation, the Objections to the Report and Recommendation, and all records in the file.  Having made a de novo determination, the Court agrees with the recommendation of the Magistrate Judge.

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation is adopted.

IT IS FURTHER ORDERED that:

1. Defendants' unenumerated Rule 12(b) motion based on failure to exhaust remedies is DENIED.

2. Defendants' motion to dismiss Tilton is GRANTED with leave to amend within 30 days. **Plaintiff's Third Amended Complaint must be filed and served within thirty days of the date of this Order.**

3. In all other respects, Defendants' motion to dismiss for failure to state a claim is DENIED without prejudice.

DATED: 8/25/08

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE