JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| THOMAS A. ROMEO, | No. CV 07-2486-JFW (AGR) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| JOHN MARSHALL, et al., | |
| Defendant(s). | |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that Judgment be entered dismissing this action with prejudice.

DATED: March 5, 2010

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE